AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RYAN EDWARD HADLEY,

            Petitioner,                    JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:05-cv-00091-PMP-VPC**

E.K. McDANIEL, et al.,

            Respondents.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED.**

    __March 5, 2008__                        **LANCE S. WILSON**
                                                Clerk

                                         __/s/ Katie Lynn Ogden__
                                             Deputy Clerk